UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES WILSON,                                          :

        Plaintiff,                                     :

        -against-                                       :

UNITED STATES OF AMERICA,                :

        Defendant.                                   :
------------------------------------------------------------X

**ORDER**

19-CV-8939 (JPO) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for July 15, 2020, shall be held on July 30, 2020 at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       July 14, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE